UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERICK L. LOGAN,

          Plaintiff,

     v.

PRO STORAGE,

          Defendant.

Case No. 25-cv-10258-JST

**ORDER SCREENING AND DISMISSING FIRST AMENDED COMPLAINT**

Re: ECF No. 14

Before the Court is Plaintiff Erick Logan's first amended complaint ("FAC") against Pro Storage for failing to provide him access to a storage locker. ECF No. 14. In a prior order, the Court adopted and report and recommendation by Magistrate Judge Sallie Kim, which determined that the facts alleged in the complaint did not suggest any plausible basis for federal subject matter jurisdiction and directed Logan to address that deficiency in any amended complaint. ECF No. 13; ECF No. 11. In the FAC, Logan alleges federal question jurisdiction under a theory of "unlawful lockout," which is not a federal cause of action. ECF No. 14 at 2. He also alleges diversity jurisdiction, but appears to demand only $22,000 "with return of my properties or monetary equalment of property." *Id*. at 2, 6. Logan has twice failed to establish subject matter jurisdiction. In addition, because his claims are for the return of property kept in a storage locker, which does not suggest a basis for federal jurisdiction, the Court finds that further amendment

/ / /

/ / /

/ / /

/ / /

/ / /

would be futile.  Logan's complaint is therefore dismissed with prejudice.  The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  March 20, 2026



JON S. TIGAR
United States District Judge